IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR 114-065 |
| | ) | |
| | ) | |
| JACKY RAY BURLEY | ) | |

## ORDER FOR LEAVE OF ABSENCE

Upon consideration of the Motion for Leave of Absence filed by Blair Ballard Massey in

the above-cited case on behalf of Defendant Jacky Ray Burley, for the dates November 24, 2014

through December 1, 2014 for family vacation, the same is hereby GRANTED.

This 19th day of November, 2014.


J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA